No. 15-17527

In the United States Court of Appeals
for the Ninth Circuit

**Judy Bundorf**, **Friends of Searchlight Desert and Mountains**,
**Basin and Range Watch**, **Ellen Ross**, and **Ronald Van Fleet, Sr.**,

Plaintiffs-Appellees,

v.

**S.M.R. Jewell**, **Bureau of Land Management**, and
**United States Fish and Wildlife Service**,

Defendants-Appellants,

and

**Searchlight Wind Energy, L.L.C.**,

Intervenor-Defendant.

On appeal from orders dated February 3 & October 30, 2015 in Case No. 2:13-cv-616 in the United States District Court for the District of Nevada, Judge Du

**Defendants-Appellants Unopposed Motion to Voluntarily Dismiss Appeal under Fed. R. App. P. 42(b)**

JOHN C. CRUDEN
  Assistant Attorney General

JAMES A. MAYSONETT
  Attorneys, U.S. Department of Justice
  Environment & Nat. Resources Div.
  P.O. Box 7415
  Washington, D.C.  20044
  (202) 305-0216
  james.a.maysonett@usdoj.gov

Defendants-Appellants S.M.R. Jewell *et al.* hereby move to voluntarily dismiss the above-captioned appeal. Plaintiffs-Appellants Judy Bundorf *et al.* and Defendant-Intervenor Searchlight Wind Energy, L.L.C., do not oppose this motion. Each party agrees to bear its own costs regarding this appeal.

        Respectfully submitted,

    JOHN C. CRUDEN
      Assistant Attorney General


      /s/ James A. Maysonett
    _____
    JAMES A. MAYSONETT
      Attorneys, U.S. Department of Justice
      Environment & Nat. Resources Div.
      P.O. Box 7415
      Washington, D.C. 20044
      (202) 305-0216
      james.a.maysonett@usdoj.gov

May 20, 2016
90-8-6-07538

## Certificate of Service

    I hereby certify that on May 20, 2016, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

    The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                    /s/ James A. Maysonett
                                    _____
                                    JAMES A. MAYSONETT